STATE of Missouri, Respondent,

v.

Charles ROBINSON, Appellant.

No. 44722.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 25, 1983.

James A. Bell, St. Louis, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction, after a jury trial, of murder in the second degree for which he was sentenced to imprisonment for thirty years. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Curtis Lee CRENSHAW, Appellant.

No. 45366.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 25, 1983.

Michael A. Gross, Clayton, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction, after a jury trial, of robbery in the first degree for which he was sentenced to imprisonment for twenty-seven years as a persistent offender. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Joseph MILLER, Appellant.

No. 45626.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 25, 1983.

Stanley David Schnaare, Hillsboro, for appellant.

John Ashcroft, Atty. Gen., Kristie Lynne Green, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Defendant appeals from his conviction of burglary in the second degree for which he was sentenced, as a persistent offender, to eight years' imprisonment. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 30.25(b).